# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SHIRLEY CAMERON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C A No. 8:20-CV-02952-SCB-AEP |
| AETNA LIFE INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

Plaintiff Shirley Cameron announces to the Court that the matters in controversy herein have been settled. The parties anticipate filing a Stipulation for Dismissal with Prejudice and proposed Order with forty-five days.

RESPECTFULLY SUBMITTED March 1, 2021.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Madison T. Donaldson
    Marc S. Whitehead
    State Bar No. 24105812
    S.D. No. 3151467
    403 Heights Boulevard
    Houston, Texas 77007
    Telephone: 713-228-8888
    Facsimile: 713-225-0940

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

 s/ Madison Tate Donaldson
Madison Tate Donaldson
